Certificate Number: 06531-ILN-DE-031466159

Bankruptcy Case Number: 17-30969



06531-ILN-DE-031466159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2018, at 4:35 o'clock PM CDT, Beth C Anderson completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: August 13, 2018

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor